UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO TAMAYO, | Case No. 2:25-cv-10242-SB-AJR |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| THE EVEREST PORTAL COLLABORATIVE, LLC et al., | |
| Defendants. | |

On January 15, the Court granted pro se Plaintiff Ramiro Tamayo's request for an extension of time to serve and for alternative service. As to three defendants, the Court approved his requested alternative service method and ordered him to file proof of service by January 30:

> [T]he Court grants Plaintiff's request to serve Defendants The Everest Portal Collaborative, LLC, Everest Portal Corporation, and Diego Rodriguez Raymond by doing the following separately as to each Defendant: (1) posting a copy of the summons, complaint, and this order in a conspicuous place at the Holbrook Address, and (2) mailing a copy of the summons, complaint, and this order to the Holbrook Address by both certified mail, return receipt requested, and first-class mail. . . . Plaintiff shall file proof of service in compliance with this order no later than January 30, 2026.

Dkt. No. 62 at 3.[1]

The January 30 deadline has now passed, and Plaintiff has not filed proof of service on The Everest Portal Collaborative, LLC, Everest Portal Corporation, or

---

[1] As to the other Defendants, the Court granted Plaintiff's request for limited discovery and extended the time to serve until March 13.

1

Diego Rodriguez Raymond, in violation of the Court's order.  Accordingly, Plaintiff is ordered to show cause in writing no later than February 20, 2026, why his claims against those defendants should not be dismissed without prejudice for lack of prosecution and failure to serve under Rule 4(m).  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; L.R. 7-15.  Failure to respond to this order to show cause by February 20 will be deemed consent to the dismissal without prejudice of Plaintiff's claims against The Everest Portal Collaborative, LLC, Everest Portal Corporation, and Diego Rodriguez Raymond.

Date: February 5, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge