UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RAMIRO TAMAYO,

      Plaintiff,

  v.

THE EVEREST PORTAL
COLLABORATIVE, LLC et al.,

      Defendants.

Case No. 2:25-cv-10242-SB-AJR

ORDER TO SHOW CAUSE RE
LACK OF PROSECUTION

On May 4, 2026, Plaintiff filed proof of service representing that Defendant Julie Ann "Princess" Yarborough was served on April 29, 2026.  Dkt. No. 111. Yarborough failed to timely respond, and Plaintiff has not sought entry of default against her.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than June 10, 2026, why his claims against Yarborough should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before June 10, 2026, of an application for entry of default against Yarborough under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Yarborough.

Date: June 1, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1